Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEVON MEYERS,** <br> *individually and on behalf of all those* <br> *similarly situated,* | **Case No.: 5:25-cv-09911-EKL** |
| Plaintiff, | **Hon. Virginia K. DeMarchi** |
| vs. | |
| **AMITY ONE DEBT RELIEF,** | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendant. | |

Plaintiff Devon Meyers, individually, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal of the above-styled action. Plaintiff's individual claims are dismissed *with* Prejudice. The claims of the absent class members are dismissed *without* Prejudice. Defendant has not filed an answer or a motion for summary judgment in this proceeding.

Notice of Voluntary Dismissal

Dated: April 3, 2026

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 3, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
GERALD D. LANE, JR., ESQ.
California Bar No.: 352470